**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| | |
|---|---|
| **In re: Thomas Oliver Elder** | **CASE NO. 13–60406** |
| **Debtor(s)** | **CHAPTER 13** |

### ORDER DISMISSING CASE

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be,

and the same hereby are, dismissed without predjudice.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further ORDERS and the

trustee and trustee's bond released and discharged from further liability herein unless proper objection is made to said

final report within fourteen (14) days after filing of same or such extended time as may be granted upon proper

application made within said fourteen (14) days period, and the estate be closed. <u>If the Discharge Order has been issued,</u>

<u>the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to

the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s),

trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 7/19/13

Rebecca B Connelly

REBECCA B CONNELLY, JUDGE

van02.jsp

United States Bankruptcy Court
Western District of Virginia

In re:                                                                    Case No. 13-60406-rbc
Thomas Oliver Elder                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0423-6            User: campbellp          Page 1 of 2            Date Rcvd: Jul 19, 2013
                                Form ID: van02          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2013.
db           +Thomas Oliver Elder,   P.O. Box 1187,   Pamplin, VA 23958-0187
3728420      +A-Z Construction Co., Inc.,   870 Gordon Lake Road,   South Hill, VA 23970-5502
3728421      +Centra Health,   1204 Fenwick Drive,   Lynchburg, VA 24502-2112
3728422      +Centra Health Professional Southside,   1920 Atherholt Road,   Lynchburg, VA 24501-1120
3728423      +Chase,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
3728424      +Creditors Collection S,   PO Box 21504,   Roanoke, VA 24018-0152
3797000      +JPMorgan Chase Bank, N.A.,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
3786071      +Jefferson Capital Systems LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
3728428      +Mary Elder,   4485 Wards Fork Mill Road,   Cullen, VA 23934-2352
3728429      +Med Data Sys,   2001 19th Ave Suite 312,   Vero Beach, FL 32960-3449
3728431      +Professional Foreclosure Corporation of,   VA, Substitute Trustees,
              C/O Shaprio Brown & ALT, LLP,   236 Clearfield Avenue, Suite 215,
              Virginia Beach, VA 23462-1893
3728432      +Ralph Rucker,   810 Blackburg Road,   Fincastle, VA 24090-5205
3736785      +Samuel I. White, P.C.,   1804 Staples Mill Road, Suite 200,   Richmond, VA 23230-3530
3728433      +Va Department Of Taxation,   Bankruptcy Unit,   P O Box 2156,   Richmond, VA 23218-2156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3728425      +E-mail/Text: electronicbkydocs@nelnet.net Jul 19 2013 21:17:28     Dept Of Education/neln,
              121 S 13th St,   Lincoln, NE 68508-1904
3728426      +EDI: AMINFOFP.COM Jul 19 2013 21:13:00     Fst Premier,   3820 N Louise Ave,
              Sioux Falls, SD 57107-0145
3728427      +EDI: IRS.COM Jul 19 2013 21:13:00     Internal Revenue Service***,   P O Box 7346,
              Philadelphia, PA 19101-7346
3728430      +EDI: MID8.COM Jul 19 2013 21:13:00     Midland Funding,   8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
3742352      +E-mail/Text: electronicbkydocs@nelnet.net Jul 19 2013 21:17:28
              Nelnet on behalf of the U.S. Department of Educati,   3015 South Parker Road, Suite 400,
              Aurora, CO 80014-2904
3728434       EDI: AFNIVZCOMBINED.COM Jul 19 2013 21:13:00     Verizon,   Consumer Bankruptcy South,
              P O Box 25087,   Wilmington, DE 19899-5087
3728435      +EDI: AFNIVERIZONE.COM Jul 19 2013 21:13:00     Verizon Virginia, Inc.*,
              600 East Main Street, Suite 1000,   Richmond, VA 23219-2437
                                                                              TOTAL: 7

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JPMorgan Chase Bank, National Association
                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2013**                    **Signature:**    _Joseph Speetjens_

District/off: 0423-6              User: campbellp          Page 2 of 2              Date Rcvd: Jul 19, 2013
                                 Form ID: van02           Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2013 at the address(es) listed below:
              David E. Wright    on behalf of Debtor Thomas Oliver Elder ecf@coxlawgroup.com,
               vawbcoxlaw@gmail.com
              Janice  Hansen    on behalf of Debtor Thomas Oliver Elder ecf@coxlawgroup.com,
               vawbcoxlaw@gmail.com
              Johnie Rush Muncy    on behalf of Creditor   JPMorgan Chase Bank, National Association
               jmuncy@siwpc.com,
               drubin@siwpc.com;ewhite@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;mfreeman@siwpc.com;ecfva1@siw
               pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                      TOTAL: 4